UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Matthew Cooney, individually and ) <br> On behalf of other similarly situated ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CTI Telecom, Inc. ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. 19-cv-61658-RS <br><br><br> CLASS ACTION |

# ATTORNEY NOTICE OF APPEARANCE

CTI Telecom, Inc., Defendant in the above styled action, by and through undersigned counsel, hereby request that all notices given or required to be given, and all papers served or required to be served be given to and served upon the following:

> Edward A. Maldonado, Esq.
> Florida Bar No. 0129781
> Maldonado Law Group
> 2850 Douglas Road. Suite 303
> Coral Gables, Florida 33134
> Telephone: (305) 477-7580
> Facsimile: (305) 477-7504
> E-mail: eam@maldonado-group.com

This request encompasses all notices, copies and pleadings, including, but not limited to, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or requests, Applications, and any other documents brought before this Court, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, e-mail, the Court's electronic filings system or otherwise which in effect or seeks to affect the Defendants in the above styled case.

Respectfully Submitted,                                    Date: This Tuesday, August 06, 2019

**MALDONADO LAW GROUP**                    By:___/s/_ Edward _A. Maldonado_/s/_
2850 Douglas Road, Suite 303                    Edward A. Maldonado, Esq.
Coral Gables, Florida 33134                         Florida Bar No. 0129781
Telephone: (305) 477-7580
Facsimile: (305) 477-7504
E-mail: eam@maldonado-group.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this August 6, 2019, a true and correct copy of the above foregoing Notice of Appearance for and by the Defendant was served via the court's electronic filing system on the following:

**COUNSEL OF RECORD FOR PLAINTIFF**:

Mr. Jibrael S. Hindi, Esq.
FBN: 118259
Email: jibrael@jibraellaw.com
Mr. Thomas J. Patti, Esq.
FBN: 118377
Email: tom@jibreallaw.com
The Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Tel: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*