UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61658-SMITH/VALLE

MATTHEW COONEY,

    Plaintiff,

v.

CTI TELECOM, INC.,

    Defendant.

_____

**ORDER SETTING CIVIL TRIAL DATE, PRETRIAL DEADLINES
AND REFERRAL TO MAGISTRATE JUDGE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **June 8, 2020**. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, June 2, 2020**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the complaint by | **September 13, 2019** |
| 2. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **August 30, 2019** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 20, 2019** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **September 27, 2019** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **October 25, 2019** |
| 6. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **September 9, 2019** |
| 7. | Fact discovery shall be completed by | **March 27, 2020** |

1

| | | |
|---|---|---|
| 8. | Expert discovery shall be completed by | **March 27, 2020** |
| 9. | Dispositive motions, including summary judgment and *Daubert*, shall be filed by | **April 10, 2020** |
| 10. | Mediation shall be completed by | **April 3, 2020** |
| 11. | All pretrial motions and memoranda of law, including motions *in limine*, shall be filed by<br><br>All motions *in limine* and the responses shall be limited to one page per issue. | **April 10, 2020** |
| 12. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br><br>When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. | **May 22, 2020** |
| 13. | Electronic versions of documentary exhibits and Certificates of Compliance re: Admitted Evidence shall be filed on CM/ECF by | **May 29, 2020** |

## REFERRAL TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL NON-DISPOSITIVE PRETRIAL MOTIONS,** including all discovery and all motions for attorney's fees, costs, and sanctions, are **REFERRED** to the Honorable Alicia O. Valle, United States Magistrate Judge, for appropriate resolution.

## **NOTICE OF JOINT MOTIONS**

The parties are hereby notified that multiple Plaintiffs or Defendants shall file joint dispositive motions with co-parties unless there are clear conflicts of positions or grounds for relief.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 12th day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record