## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-61658-SMITH/VALLE

MATTHEW COONEY,

    Plaintiff,

v.

CTI TELECOM, INC.,

    Defendant.

_____

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (ECF No. 11). The Court having considered the Stipulation and being otherwise duly informed therein, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation (ECF No. 11) is **APPROVED**.

2. The above-styled case is **DISMISSED WITH PREJUDICE**.

3. Each party shall bear its own costs and attorney's fees.

4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED AS MOOT**, all hearings are **CANCELLED**, and all deadlines are **TERMINATED**.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of October, 2019.

                                    RODNEY SMITH
                                    UNITED STATES DISTRICT JUDGE